**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **DESMOND RENARD** | **CIVIL ACTION NO. 21-0202** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **TENSAS PARISH DETENTION CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 10] having been considered, together with the written objection [Doc. No. 13] filed by Plaintiff Desmond Renard, on March 24, 2021, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that with the exception of Plaintiff Desmond Renard's claims of lack of medical care against Nurse Frazier and Dr. Chauvin, Plaintiff's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 25th day of March, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE