UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DESMOND RENARD** | **CIV. ACTION NO. 3:21-00202 SEC. P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TENSAS PARISH DETENTION CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation [Doc. No. 45] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motions for summary judgment filed by Defendants "Janna Chauvin, NP" [Doc. No. 20] and "Nurse Frazier" [Doc. No. 29] are **GRANTED IN PART** and that Plaintiff Desmond Renard's claims against said Defendants arising under the laws and Constitution of the United States are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the motions for summary judgment [Doc. Nos. 20 & 29] otherwise are **DENIED**, and instead that Plaintiff's state law claims, if any, against all Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. 28 U.S.C. § 1367(c). The case is closed.

MONROE, LOUISIANA, this 5th day of July 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE